[No. 22568.   Department Two.   June 4, 1930.]

THE STATE OF WASHINGTON, *on the Relation of Steve Reap et al., Plaintiffs,* v. RALPH C. BELL, *Respondent.*[2]

*Anderson & Richards* and *Earl W. Husted,* for relators.
*Charles R. Denney,* for respondent.

PER CURIAM.—This is a similar case to that of *State ex rel. Miller v. Bell, ante* p. 279, 289 Pac. 25.

In this case there are two counts in the information, alleging that relators, at different dates, in Snohomish county did unlawfully and feloniously carry about with them for the purpose of un-

[1]Reported in 289 Pac. 27.
[2]Reported in 289 Pac. 27.

lawful sale a quantity of intoxicating liquor, other than alcohol, to wit, about five gallons of moonshine whisky.

For the reasons stated in the case of *State ex rel. Miller v. Bell, supra,* the alternative writ is quashed and the peremptory writ denied.